**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Media Technology Source, Inc.,
dba Caddy Products,

Plaintiff,

Civil No. 00-1470 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Cy Young Industries, Inc.,
Defendants.

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28 United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated January 5, 1993, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

Dated: June 19, 2000

RICHARD H. KYLE
United States District Judge

FILED 6/20/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: June 20, 2000 dl

R E C O R D O F D O C K E T T E X T

0:00-cv-01470 Media Technology v. Cy Young Industries

DOCKET ENTRY

ORDER OF DISQUALFICATION ( Judge Richard H. Kyle / 6/19/00)
Case reassigned to Judge Michael J. Davis per Patent List
, Case referred to Magistrate Judge Jonathan G. Lebedoff
(CASE NO. REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS -
00-1470MJD/JGL) 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL