**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Media Technology Source, Inc. d/b/a Caddy Products,**

**Plaintiff,**

**vs.**

**Cy Young Industries, Inc.,**

**Defendant.**

**Court File No.: 00-1470 (MJD/JGL)**

**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Cy Young Industries, Inc. may have until December 8, 2000, in which to answer or otherwise respond to the Complaint herein.

Richard G. Jensen, Atty. Reg. No.: 18990X
Fabyanske, Westra, and Hart, P.A.
Suite 1100
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-0115

Attorneys for Media Technology Source, Inc.

Gary Hansen, Atty. Reg. No.: 40617
Oppenheimer Wolff & Donnelly, LLP
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000

Attorneys for Cy Young Industries, Inc.

## ORDER

Based on the above stipulation of counsel:

IT IS HEREBY ORDERED that defendant Cy Young Industries, Inc. may have until December 8, 2000, in which to answer or otherwise respond to the Complaint herein.

Dated: Dec. 6, 2000

Jonathon G. Lebedoff
United States Magistrate Judge

FILED DEC 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

TC2:494792 v01 12/01/2000