ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Media Technology Source, Inc.,
d/b/a Caddy Products,

Plaintiff,

vs.

Cy Young Industries, Inc.,

Defendant.

**Court File No. 00-1470 (MJD/JGL)**

**ORDER**

The above-entitled matter was considered by the undersigned on August 7, 2001, on Plaintiff's motion for leave to serve and file a Second Amended Complaint. Richard G. Jensen appeared on behalf of Plaintiff. Other appearances were as noted, Michael Dolan, in the record. Based upon the record, the parties' memoranda and supporting affidavits, and all arguments of counsel, the Court makes the following order:

IT IS HEREBY ORDERED that:

1. Plaintiff's motion is GRANTED; and

2. Plaintiff is hereby GRANTED leave to serve and file a Second Amended Complaint in the form attached to Plaintiff's motion as Exhibit A.

Dated: Aug. 7, 2001, 2001

Jonathan Lebedoff
Magistrate Judge of United States
District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

N:\PL\RGJ\144093.doc