**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Media Technology Source, Inc.,
d/b/a Caddy Products,

Plaintiff,

vs.

Cy Young Industries, Inc.,

Defendant.

**Court File No. 00-1470 (MJD/JGL)**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

CP Acquisition Company, LLC, successor in interest to Media Technology Source, Inc., d/b/a Caddy Products and Cy Young Industries, Inc., through their undersigned counsel, hereby stipulate that this lawsuit, and all claims and counterclaims that were or could have been asserted herein, shall be dismissed with prejudice and without the award of costs or attorneys' fees to any party.

Dated: 10-8, 2003

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]
Richard G. Jensen (#18990X)
800 LaSalle Ave., Suite 1900
Minneapolis, MN 55402
(612-338-0115)
**ATTORNEYS PLAINTIFF**

Dated: October 15, 2003

**OPPENHEIMER WOLFF & DONNELLY, LLP**

By [signature]
Gary Hansen (#40617)
Suite 3300, Plaza VII Bldg.
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
**ATTORNEYS FOR DEFENDANT**

NOV - 4 2003
JUDGMENT ENTD
DEPUTY CLERK

Media Technology Source, Inc. v. Cy Young Industries, Inc., Civil No.: 00-1470 (MJD/JGL)

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that this lawsuit, and all claims and counterclaims that were or could have been asserted herein, shall be dismissed with prejudice and without the award of costs or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 11-03, 2003

BY THE COURT:

Michael J. [signature]

Judge of U.S. District Court